UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 08 B 05156
    PATSY A BUTLER

                                   CHAPTER 13

                                   JUDGE: JACQUELINE P COX

        Debtor
    SSN XXX-XX-7318

--------------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
    The case was filed on 03/04/2008 and was confirmed 04/28/2008.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

    The case was dismissed after confirmation 07/28/2008.
--------------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| FIRST BANK & TRUST OF EV | SECURED VEHIC | .00 | .00 | .00 |
| WELLS FARGO FINANCIAL IL | UNSECURED | 862.67 | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 5155.62 | .00 | .00 |
| LVNV FUNDING LLC | UNSECURED | 9268.91 | .00 | .00 |
| LVNV FUNDING | UNSECURED | 7897.13 | .00 | .00 |
| CITIBANK/SEARS | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORP | UNSECURED | 2389.35 | .00 | .00 |
| HOUSEHOLD BANK | UNSECURED | 255.44 | .00 | .00 |
| LOYOLA UNIVERSITY PHYSCN | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| PEOPLES GAS LIGHT & COKE | UNSECURED | 3560.05 | .00 | .00 |
| ROGERS & HOLLAND | UNSECURED | 1801.51 | .00 | .00 |
| JEFFERSON CAPITAL SYSTEM | UNSECURED | 933.75 | .00 | .00 |
| ADVOCATE HEALTH & HOSPIT | UNSECURED | NOT FILED | .00 | .00 |
| ADVOCATE HEALTH & HOSPIT | UNSECURED | NOT FILED | .00 | .00 |
| LVNV FUNDING | UNSECURED | 4330.97 | .00 | .00 |
| WELLS FARGO | UNSECURED | NOT FILED | .00 | .00 |
| WFFINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| ANNIECE WELLS | NOTICE ONLY | NOT FILED | .00 | .00 |
| BONTIA WHITEHORN | NOTICE ONLY | NOT FILED | .00 | .00 |
| JHONNETTA RANKIN | NOTICE ONLY | NOT FILED | .00 | .00 |
| RHONADA PATTERSON | NOTICE ONLY | NOT FILED | .00 | .00 |
| SHERLENE DAUGHTERY | NOTICE ONLY | NOT FILED | .00 | .00 |
| THERESA CHILDS | NOTICE ONLY | NOT FILED | .00 | .00 |
| JOHNNY ARMISTEAD | NOTICE ONLY | NOT FILED | .00 | .00 |
| AMERICAN GENERAL FIN | SECURED VEHIC | .00 | .00 | .00 |
| AMERICAN GENERAL FINANCE | SECURED | 67.70 | 32.43 | 67.70 |
| AMERICAN HOME MTG SRV | CURRENT MORTG | .00 | .00 | .00 |
| AMERICAN HOME MTG SRV | MORTGAGE ARRE | 3000.00 | .00 | .00 |
| JP MORGAN CHASE BANK NA | SECURED NOT I | .00 | .00 | .00 |
| CHASE AUTO FINANCE | SECURED VEHIC | .00 | .00 | .00 |
| IMPERIAL CAPITAL BANK | CURRENT MORTG | .00 | .00 | .00 |

PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 08 B 05156 PATSY A BUTLER

```
IMPERIAL CAPITAL BANK       MORTGAGE ARRE        .00            .00            .00
INDYMAC BANK                CURRENT MORTG        .00            .00            .00
INDYMAC BANK                MORTGAGE ARRE        .00            .00            .00
INDYMAC BANK                UNSECURED     NOT FILED             .00            .00
JOHNNY ARMISTEAD            NOTICE ONLY   NOT FILED             .00            .00
SANDRA YOUNG               NOTICE ONLY    NOT FILED             .00            .00
INDYMACK BANK              NOTICE ONLY    NOT FILED             .00            .00
AMERICAN GENERAL FINANCE   UNSECURED      2920.10              .00            .00
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY    2,849.00                       1,969.87
TOM VAUGHN                 TRUSTEE                                          180.00
DEBTOR REFUND              REFUND                                           225.00
```

Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------

| | RECEIPTS | DISBURSEMENTS |
|---|---|---|
--------------------------------------------------------------------------------

| TRUSTEE | 2,475.00 | |
| PRIORITY | | .00 |
| SECURED | | 67.70 |
| INTEREST | | 32.43 |
| UNSECURED | | .00 |
| ADMINISTRATIVE | | 1,969.87 |
| TRUSTEE COMPENSATION | | 180.00 |
| DEBTOR REFUND | | 225.00 |
| | --------------- | --------------- |
| TOTALS | 2,475.00 | 2,475.00 |

Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


Dated: 10/23/08              /s/ Tom Vaughn
                             _____
                             TOM VAUGHN
                             CHAPTER 13 TRUSTEE